# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew MacLaughlin<br>Rebekah MacLaughlin fka Rebekah Pronchick<br>　　　　　　　Debtors | CHAPTER 13<br>BK NO: 18-16136 MDC |
| Toyota Lease Trust<br>　　　　　　　Movant<br>　　vs.<br>Matthew MacLaughlin<br>Rebekah MacLaughlin fka Rebekah Pronchick<br>　　　　　　　Debtor<br>William C. Miller, Esquire<br>　　　　　　　Trustee | |

## AMENDED CERTIFICATE OF SERVICE

　　　　I, the undersigned, certify that I served or caused to be served, on December 31, 2019, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Joseph L. Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

Matthew MacLaughlin
213 Hackney Lane
Schwenksville, PA 19473

Rebekah MacLaughlin fka Rebekah Pronchick
213 Hackney Lane
Schwenksville, PA 19473

Method of Service:　　　Mail first class; Specify if other:

Date: January 2, 2020

　　　　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant