United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Matthew MacLaughlin  
Rebekah MacLaughlin  
    Debtors

Case No. 18-16136-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 08, 2020  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2020.  
db/jdb       +Matthew MacLaughlin,    Rebekah MacLaughlin,    213 Hackney Lane,    Schwenksville, PA 19473-1864  
               +KML Law Group, P.C.,    Sute 5000-BNY Independence Center,    701 Market Street,  
                Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2020 at the address(es) listed below:  
       JOSEPH L QUINN    on behalf of Debtor Matthew  MacLaughlin CourtNotices@rqplaw.com  
       JOSEPH L QUINN    on behalf of Joint Debtor Rebekah  MacLaughlin CourtNotices@rqplaw.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
       SARAH K. MCCAFFERY    on behalf of Creditor    Quicken Loans Inc. smccaffery@squirelaw.com,  
        ecfmail@squirelaw.com;chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;  
        harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;jill@powerskirn.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                           TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew MacLaughlin<br>Rebekah MacLaughlin fka Rebekah Pronchick<br>Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>Movant<br>vs. | NO. 18-16136 MDC |
| Matthew MacLaughlin<br>Rebekah MacLaughlin fka Rebekah Pronchick<br>Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Highlander, VIN: 5TDBKRFH9GS329887 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 7th day of January, 2020.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Matthew MacLaughlin
213 Hackney Lane
Schwenksville, PA 19473

Rebekah MacLaughlin fka Rebekah Pronchick
213 Hackney Lane
Schwenksville, PA 19473

Joseph L. Quinn, 152 East High Street, Suite 100
Pottstown, PA 19464

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532