UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew MacLaughlin, Rebekah MacLaughlin<br><br>　　　　　　　　　　　Debtors(s) | |
| Nissan Motor Acceptance Corporation<br><br>　　　　　　　　　　　Movant<br><br>　　　v.<br><br>Matthew MacLaughlin, Rebekah MacLaughlin<br><br>　　　　　　　　　　　Respondent<br>　　　and<br><br>　　　　　　　　　　　Additional Respondent | BK NO. 18-16136-mdc<br><br>CHAPTER 13 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Nissan Motor Acceptance Corporation has filed a Motion for Relief from Automatic Stay, with the court for Relief from the automatic stay of 11 U.S.C. §362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before November 25, 2020 you or your attorney must do <u>all</u> of the following:
   a. File an answer explaining your position at:
      United States Bankruptcy Court
      Robert NC Nix Sr Federal Courthouse
      900 Market Street
      Philadelphia, PA 19107

      If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
   b. Mail a copy to the Movant's attorney
      Robert Wendt, Esquire
      Leopold & Associates, PLLC
      80 Business Park Drive, Suite 110
      Armonk, NY 10504

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D Coleman, the United States Bankruptcy Judge, in at the United States Bankruptcy Court Robert NC Nix Sr Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 on December 8, 2020 **at 10:30 am** or as soon thereafter as counsel can be heard, to consider the motion.
4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b)
5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: November 11, 2020

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, New York 10504
(914)-219-5787
Attorney for Movant