UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew MacLaughlin, Rebekah MacLaughlin<br><br>　　　　　　　　　　Debtors(s) | |
| Nissan Motor Acceptance Corporation<br><br>　　　　　　　　　　Movant<br>　　v.<br>Matthew MacLaughlin, Rebekah MacLaughlin<br><br>　　　　　　　　　　Respondent<br>　　　and<br><br>　　　　　　　　　　Additional Respondent | BK NO. 18-16136-mdc<br><br>CHAPTER 13 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Nissan Motor Acceptance Corporation , reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C.§362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and assigns to take possession and sell, lease, and otherwise dispose of the 2017 Nissan Rogue AWD with VIN KNMAT2MV2HP535881 in a commercially reasonable manner. The stay provide by Bankruptcy Rule 4001(a)(3) is waived.

Signed this  13th day of    December , 2020

　　　　　　　　　　　　　　　　　　　　　_Magdeline D. Coleman_
　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
cc See attached service list　　　　　　　Chief U.S. Bankruptcy Judge

Matthew MacLaughlin
Debtor
213 Hackney Lane
Schwenksville, PA 19473

Rebekah MacLaughlin
Debtor
213 Hackney Lane
Schwenksville, PA 19473

Joseph L Quinn, Esq.
Ross, Quinn & Ploppert, PC
Attorneys for Debtors
192 S Hanover Street, Suite 101
Pottstown, PA 19464

William C Miller
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

US Trustee
200 Chestnut Street Suite 502
Philadelphia, PA 19106

Leopold & Associates, PLLC
80 Business Park Drive, Suite 100
Armonk, NY 10504