United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16136-mdc |
| Matthew MacLaughlin | Chapter 13 |
| Rebekah MacLaughlin | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Matthew MacLaughlin, Rebekah MacLaughlin, 213 Hackney Lane, Schwenksville, PA 19473-1864 |
| | + Leopold & Associates, PLLC, 80 Business Park Drive, Suite 100, Armonk, NY 10504-1704 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans  LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans Inc. carkema@squirelaw.com  vcosme@squirelaw.com,jberry@squirelaw.com |
| JOSEPH L QUINN | on behalf of Debtor Matthew MacLaughlin CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Rebekah MacLaughlin CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 2

ROBERT PATRICK WENDT
on behalf of Creditor Nissan Motor Acceptance Corporation paeb@fedphe.com
LeopoldAssociatesPAX6428@projects.filevine.com

SARAH K. MCCAFFERY
on behalf of Creditor Quicken Loans Inc. bankruptcy@powerskirn.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew MacLaughlin, Rebekah MacLaughlin <br> Debtors(s) | |
| Nissan Motor Acceptance Corporation <br><br> Movant <br><br> v. <br> Matthew MacLaughlin, Rebekah MacLaughlin <br><br> Respondent <br><br> and <br><br> Additional Respondent | BK NO. 18-16136-mdc <br><br> CHAPTER 13 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Nissan Motor Acceptance Corporation , reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C.§362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and assigns to take possession and sell, lease, and otherwise dispose of the 2017 Nissan Rogue AWD with VIN KNMAT2MV2HP535881 in a commercially reasonable manner. The stay provide by Bankruptcy Rule 4001(a)(3) is waived.

Signed this 13th day of    December , 2020

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc See attached service list

Matthew MacLaughlin
Debtor
213 Hackney Lane
Schwenksville, PA 19473

Rebekah MacLaughlin
Debtor
213 Hackney Lane
Schwenksville, PA 19473

Joseph L Quinn, Esq.
Ross, Quinn & Ploppert, PC
Attorneys for Debtors
192 S Hanover Street, Suite 101
Pottstown, PA 19464

William C Miller
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

US Trustee
200 Chestnut Street Suite 502
Philadelphia, PA 19106

Leopold & Associates, PLLC
80 Business Park Drive, Suite 100
Armonk, NY 10504