**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Matthew MacLaughin and Rebekah MacLaughlin fka Rebekah Pronchick | Chapter: 13 |
| | Bankruptcy No.: 18-16136-mdc |
| Debtors | 11 U.S.C. § 362 |

Quicken Loans Inc.

Movant

vs.

Matthew MacLaughlin and Rebekah MacLaughlin
fka Rebekah Pronchick

Debtors

and

William C. Miller, Esq., Esquire

Trustee

RESPONDENTS

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DEADLINE**

Quicken Loans Inc. has filed a Motion to Approve Loan Modification for the real property situated at 213 HACKNEY LN, SCHWENKSVILLE, PA 19473.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the Motion to Approve Loan Modification  sought in the motion or if you want the court to consider your views on the motion, then on or before October 5, 2021,  you or your attorney must do all of the following:

> (a)      File an answer explaining your position at:
> Eastern District of Pennsylvania-Philadelphia Division
> Robert N.C. Nix Federal Courthouse
> 900 Market Street - Courtroom 2
> Philadephia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

> (b)      mail a copy to the movant's attorney:
> **Michael Clark**
> **Richard M. Squire & Associates, LLC**
> **115 West Avenue, Suite 104**
> **Jenkintown, PA 19046**
> **Phone: (215) 886-8790**
> **Fax: (215) 886-8791**

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the Motion to Approve Loan Modification requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Judge Magdeline D. Coleman on October 5, 2021 at 10:30 AM in the Bankruptcy Courtroom of the United States Bankruptcy Court, Eastern District of Pennsylvania-Philadelphia Division, Robert N.C. Nix Federal Courthouse, 900 Market Street - Courtroom 2, Philadephia, PA 19107.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

/s/ Michael Clark
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com

Dated: September 7, 2021