## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Matthew MacLaughlin and
Rebekah MacLaughlin
        Debtor(s)

Case No: 18–16136–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED
Motion to Approve MORTGAGE LOAN MODIFICATION Filed by Quicken Loans, LLC Represented by MICHAEL JOHN CLARK

on: 10/12/21

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Date:  9/14/21