**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Matthew MacLaughlin and Rebekah MacLaughlin fka Rebekah Pronchick<br><br>Debtors | Chapter: 13<br><br>Bankruptcy No.: 18-16136-mdc<br><br>11 U.S.C. § 362 |

Rocket Mortgage, LLC F/K/A Quicken Loans, LLC F/K/A Quicken Loans Inc.

            Movant

     vs.

Matthew MacLaughlin and Rebekah MacLaughlin fka Rebekah Pronchick

            Debtors

     and

William C. Miller, Esq.

            Trustee

          RESPONDENTS

**CERTIFICATION OF NO ANSWER, OBJECTION, OR RESPONSE REGARDING MOTION OF Rocket Mortgage, LLC F/K/A Quicken Loans, LLC F/K/A Quicken Loans Inc.., FOR Motion to Approve MORTGAGE LOAN MODIFICATION, DOC. NO. 62**

  The undersigned hereby certifies that, as of the date hereof, no answer, objection, or response to the Motion of Rocket Mortgage, LLC F/K/A Quicken Loans, LLC F/K/A Quicken Loans Inc. for **Motion to Approve MORTGAGE LOAN MODIFICATION** filed on August 25, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Self-Scheduled Hearing and Response Deadline/Notice of Motion, an answer, objection, or response to the Motion must have been filed and served no later than September 14, 2021.

  It is hereby respectfully requested that the Order attached to the Motion be entered by this Honorable Court.

        Respectfully submitted,

        <u>/s/ Michael Clark</u>
        Richard M. Squire, Esq.
        M. Troy Freedman, Esq.
        Michael J. Clark, Esq.
        One Jenkintown Station, Suite 104
        115 West Avenue
        Jenkintown, PA 19046
        215-886-8790
        215-886-8791 (FAX)
        rsquire@squirelaw.com
        tfreedman@squirelaw.com
        mclark@squirelaw.com

Dated: <u>October 12, 2021</u>

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Matthew MacLaughlin and Rebekah MacLaughlin fka Rebekah Pronchick<br><br>Debtors | Chapter: 13<br><br>Bankruptcy No.: 18-16136-mdc<br><br>11 U.S.C. § 362 |

Rocket Mortgage, LLC F/K/A Quicken Loans, LLC F/K/A Quicken Loans Inc.

                           Movant

               vs.

Matthew MacLaughlin and Rebekah MacLaughlin fka Rebekah Pronchick

                           Debtors

             and

William C. Miller, Esq.

                           Trustee

                      RESPONDENTS

## CERTIFICATE OF SERVICE

       I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Certification of No Answer, Objection, or Response regarding Motion of Rocket Mortgage, LLC F/K/A Quicken Loans, LLC F/K/A Quicken Loans Inc. for **Motion to Approve MORTGAGE LOAN MODIFICATION**, Doc. No. 62, electronically and/or via First Class Mail, postage prepaid.

Date Served: <u>October 12, 2021</u>

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 40837
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Rebekah MacLaughlin
213 Hackney Lane
Schwenksville, PA 19473-0000

Matthew MacLaughlin
213 Hackney Lane
Schwenksville, PA 19473

Joseph L. Quinn
Ross, Quinn & Ploppert, P.C
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

    I hereby certify the foregoing to be true and correct under penalty of perjury.

    Respectfully submitted,

    /s/ Michael Clark
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com