**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Matthew MacLaughlin and Rebekah MacLaughlin fka Rebekah Pronchick<br><br>Debtors | Chapter: 13<br><br>Bankruptcy No.: 18-16136-mdc<br><br>11 U.S.C. § 362 |

Quicken Loans Inc.

                           Movant

            vs.

Matthew MacLaughlin and Rebekah MacLaughlin fka Rebekah Pronchick

                           Debtors

          and

William C. Miller, Esq., Esquire

                           Trustee
                     RESPONDENTS

**O R D E R**

AND NOW, this __12th__ day of __October__, 2021, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtors' Loan Modification with Quicken Loans, LLC with respect to the property located at 213 Hackney Lane, Schwenksville, PA 19473 is hereby APPROVED.

                                                    BY THE COURT:

                                                    MAGDELINE D. COLEMAN
                                                    CHIEF U.S. BANKRUPTCY JUDGE