United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16136-mdc |
| Matthew MacLaughlin | Chapter 13 |
| Rebekah MacLaughlin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Matthew MacLaughlin, Rebekah MacLaughlin, 213 Hackney Lane, Schwenksville, PA 19473-1864 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans Inc. carkema@squirelaw.com vcosme@squirelaw.com,jberry@squirelaw.com |
| JOSEPH L QUINN | on behalf of Debtor Matthew MacLaughlin CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Rebekah MacLaughlin CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL JOHN CLARK | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

MICHAEL JOHN CLARK
    on behalf of Creditor Quicken Loans Inc. mclark@squirelaw.com

    on behalf of Creditor Quicken Loans  LLC mclark@squirelaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

ROBERT PATRICK WENDT
    on behalf of Creditor Nissan Motor Acceptance Corporation paeb@fedphe.com LeopoldAssociatesPAX6428@projects.filevine.com

SARAH K. MCCAFFERY
    on behalf of Creditor Quicken Loans Inc. bankruptcy@powerskirn.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Matthew MacLaughlin and Rebekah MacLaughlin fka Rebekah Pronchick | Chapter: 13 |
| | Bankruptcy No.: 18-16136-mdc |
| Debtors | 11 U.S.C. § 362 |

Quicken Loans Inc.

Movant

vs.

Matthew MacLaughlin and Rebekah MacLaughlin fka Rebekah Pronchick

Debtors

and

William C. Miller, Esq., Esquire

Trustee
RESPONDENTS

### O R D E R

AND NOW, this __12th__ day of __October__, 2021, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtors' Loan Modification with Quicken Loans, LLC with respect to the property located at 213 Hackney Lane, Schwenksville, PA 19473 is hereby APPROVED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE