# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16136-MDC

MATTHEW MACLAUGHLIN
REBEKAH MACLAUGHLIN
213 HACKNEY LANE

SCHWENKSVILLE, PA 19473

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MATTHEW MACLAUGHLIN
    REBEKAH MACLAUGHLIN
    213 HACKNEY LANE

    SCHWENKSVILLE, PA 19473

Counsel for debtor(s), by electronic notice only.

    ROSS, QUINN & PLOPPERT, P.C.
    192 S. HANOVER STREET, SUITE 101

    POTTSTOWN, PA 19464-

                                     /S/ Kenneth E. West

Date: 9/27/2022                                 _____

                                                    Kenneth E. West, Esquire
                                                    Chapter 13 Standing Trustee