IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MATTHEW MACLAUGHLIN ) <br> REBEKAH MACLAUGHLIN ) <br> **Debtor** ) <br> ) <br> EXETER FINANCE LLC ) <br> **Moving Party** ) <br> ) <br> v. ) <br> ) <br> MATTHEW MACLAUGHLIN ) <br> REBEKAH MACLAUGHLIN ) <br> **Respondent** ) <br> ) <br> KENNETH E. WEST ) <br> **Trustee** ) | CHAPTER 13 <br><br> Case No.: 18-16136 (MDC) <br><br><br> **Hearing Date:  3-28-23 at 10:30 AM** <br><br> 11 U.S.C. 362 |

**ORDER MODIFYING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

    Upon the Motion of Exeter Finance LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2018 Nissan Pathfinder** bearing vehicle identification number 5N1DR2MM5JC655654 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: March 29, 2023

_[signature: Magdeline D. Coleman]_

_____
UNITED STATES BANKRUPTCY JUDGE