United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16136-mdc |
| Matthew MacLaughlin | Chapter 13 |
| Rebekah MacLaughlin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew MacLaughlin, 213 Hackney Lane, Schwenksville, PA 19473-1864 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 30 2023 00:03:18 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 30 2023 00:03:24 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 31, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHANDRA M. ARKEMA | |

| | |
|---|---|
| | on behalf of Creditor Quicken Loans  LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| CHANDRA M. ARKEMA | |
| | on behalf of Creditor Quicken Loans Inc. carkema@squirelaw.com  vcosme@squirelaw.com,jberry@squirelaw.com |
| JOSEPH L QUINN | |
| | on behalf of Debtor Matthew MacLaughlin CourtNotices@rqplaw.com |
| JOSEPH L QUINN | |
| | on behalf of Joint Debtor Rebekah MacLaughlin CourtNotices@rqplaw.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL JOHN CLARK | |
| | on behalf of Creditor Quicken Loans Inc. mclark@squirelaw.com |
| MICHAEL JOHN CLARK | |
| | on behalf of Creditor Quicken Loans  LLC mclark@squirelaw.com |
| MICHAEL JOHN CLARK | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@squirelaw.com |
| ROBERT PATRICK WENDT | |
| | on behalf of Creditor Nissan Motor Acceptance Corporation paeb@fedphe.com LeopoldAssociatesPAX6428@projects.filevine.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | |
| | on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: MATTHEW MACLAUGHLIN | ) | |
| REBEKAH MACLAUGHLIN | ) | |
| **Debtor** | ) | CHAPTER 13 |
| | ) | |
| EXETER FINANCE LLC | ) | Case No.: 18-16136 (MDC) |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | **Hearing Date: 3-28-23 at 10:30 AM** |
| | ) | |
| MATTHEW MACLAUGHLIN | ) | 11 U.S.C. 362 |
| REBEKAH MACLAUGHLIN | ) | |
| **Respondent** | ) | |
| | ) | |
| KENNETH E. WEST | ) | |
| **Trustee** | ) | |

**ORDER MODIFYING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the Motion of Exeter Finance LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2018 Nissan Pathfinder** bearing vehicle identification number 5N1DR2MM5JC655654 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: March 29, 2023

_____
UNITED STATES BANKRUPTCY JUDGE