United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16136-mdc |
| Matthew MacLaughlin | Chapter 13 |
| Rebekah MacLaughlin | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 12, 2023 | Form ID: 138OBJ | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew MacLaughlin, Rebekah MacLaughlin, 213 Hackney Lane, Schwenksville, PA 19473-1864 |
| 14197632 | | Ambulance Billing Office, PO Box 726, New Cumberland, PA 17070-0726 |
| 14197633 | + | Best Buy, PO Box 9312, Minneapolis, MN 55440-9312 |
| 14763395 | + | Exeter Finance LLC, Morton & Craig, LLC, c/o William E. Craig, Esq., 110 Marter Ave.-Suite 301, Moorestown NJ 08057-3125 |
| 14197643 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 14202570 | + | Quicken Loans Inc., c/o SARAH K. MCCAFFERY, Richard M. Squire & Associates, 115 West Avenue, Suite 104 Jenkintown, PA 19046-2031 |
| 14325943 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14433858 | + | Toyota Lease Trust, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14197649 | | Trappe Fire Co No 1 - EMS Division, 20 W. 5th Avenue, Collegeville, PA 19426-2102 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 13 2023 03:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2023 03:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14197631 | + | Email/Text: bncnotifications@pheaa.org | Oct 13 2023 03:21:00 | Aes/wells Fargo, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14228891 | | Email/PDF: bncnotices@becket-lee.com | Oct 13 2023 01:36:43 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14197635 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2023 01:36:38 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14197636 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2023 01:36:44 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14197637 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2023 03:21:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14197638 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2023 03:21:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14197639 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2023 03:21:00 | Comenitycb/bluenile, Po Box 182120, Columbus, OH 43218-2120 |
| 14199997 | | Email/Text: mrdiscen@discover.com | Oct 13 2023 03:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14197640 | + | Email/Text: mrdiscen@discover.com | Oct 13 2023 03:21:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14365693 | | Email/Text: ECMCBKNotices@ecmc.org | | |

Case 18-16136-mdc    Doc 90    Filed 10/14/23    Entered 10/15/23 00:29:58    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: 138OBJ | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 13 2023 03:21:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14546560 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Oct 13 2023 01:35:46 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14546736 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Oct 13 2023 01:34:18 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14763326 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Oct 13 2023 01:35:39 | Exeter Finance LLC, 4515 N. Santa Fe Avenue Dept. APS, Oklahoma City, OK 73118-7901 |
| 14197641 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Oct 13 2023 03:21:00 | Internal Revenue Serivce, Insolvency Section, PO Box 21126, Philadelphia, PA 19114 |
| 14197634 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Oct 13 2023 01:35:05 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14197642 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Oct 13 2023 03:21:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14207480 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Oct 13 2023 01:34:22 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14201296 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Oct 13 2023 03:21:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14214588 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Oct 13 2023 03:21:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14232073 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 13 2023 01:36:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14197791 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Oct 13 2023 01:34:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14228287 | + | Email/Text: bankruptcynotices@psecu.com | | |
| | | | Oct 13 2023 03:21:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14197644 | + | Email/Text: bankruptcynotices@psecu.com | | |
| | | | Oct 13 2023 03:21:00 | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14229667 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Oct 13 2023 03:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14229668 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Oct 13 2023 03:21:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14197645 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Oct 13 2023 03:21:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14691964 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Oct 13 2023 03:21:00 | Rocket Mortgage, LLC f/k/a Quicken Loans,, LLC f/k/a Quicken Loans Inc., 635 Woodward Ave, Detroit, MI 48226-3408 |
| 14197646 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Oct 13 2023 01:35:37 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14197647 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Oct 13 2023 01:36:38 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14226679 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Oct 13 2023 03:21:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14484118 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Oct 13 2023 01:36:43 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14197648 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Oct 13 2023 03:21:00 | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 14197650 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

|  |  | Oct 13 2023 03:21:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14228895 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2023                     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans Inc. carkema@squirelaw.com vcosme@squirelaw.com,jberry@squirelaw.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Rebekah MacLaughlin CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Matthew MacLaughlin CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@squirelaw.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Quicken Loans Inc. mclark@squirelaw.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Quicken Loans LLC mclark@squirelaw.com |
| ROBERT PATRICK WENDT | on behalf of Creditor Nissan Motor Acceptance Corporation paeb@fedphe.com LeopoldAssociatesPAX6428@projects.filevine.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG |  |

District/off: 0313-2    User: admin    Page 4 of 4
Date Rcvd: Oct 12, 2023    Form ID: 138OBJ    Total Noticed: 44

on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Matthew MacLaughlin and Rebekah
MacLaughlin
       Debtor(s)                                   Case No: 18−16136−mdc

                                                                  Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                              Suite 400
                         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/12/23

                                                                                             89 − 88
                                                                                          Form 138OBJ