United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16136-mdc |
| Matthew MacLaughlin | Chapter 13 |
| Rebekah MacLaughlin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 03, 2023 | Form ID: 3180W | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew MacLaughlin, Rebekah MacLaughlin, 213 Hackney Lane, Schwenksville, PA 19473-1864 |
| 14202570 | + | Quicken Loans Inc., c/o SARAH K. MCCAFFERY, Richard M. Squire & Associates, 115 West Avenue, Suite 104 Jenkintown, PA 19046-2031 |
| 14325943 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 04 2023 00:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Nov 04 2023 04:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2023 00:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14228891 | | Email/PDF: bncnotices@becket-lee.com | Nov 04 2023 00:57:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14199997 | | EDI: DISCOVER.COM | Nov 04 2023 04:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14365693 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 04 2023 00:50:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14197641 | | EDI: IRS.COM | Nov 04 2023 04:14:00 | Internal Revenue Serivce, Insolvency Section, PO Box 21126, Philadelphia, PA 19114 |
| 14207480 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2023 00:56:18 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14201296 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 04 2023 00:50:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14232073 | | EDI: PRA.COM | Nov 04 2023 04:14:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14228287 | + | Email/Text: bankruptcynotices@psecu.com | Nov 04 2023 00:50:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14229667 | | EDI: Q3G.COM | Nov 04 2023 04:14:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14229668 | | EDI: Q3G.COM | Nov 04 2023 04:14:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

Case 18-16136-mdc    Doc 93    Filed 11/05/23    Entered 11/05/23 23:31:18    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: 3180W | Total Noticed: 18 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14691964 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 04 2023 00:50:00 | Rocket Mortgage, LLC f/k/a Quicken Loans,, LLC f/k/a Quicken Loans Inc., 635 Woodward Ave, Detroit, MI 48226-3408 |
| 14226679 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 04 2023 00:50:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14484118 | | Email/PDF: bncnotices@becket-lee.com | Nov 04 2023 00:56:18 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14228895 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans Inc. carkema@squirelaw.com vcosme@squirelaw.com,jberry@squirelaw.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans  LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Rebekah MacLaughlin CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Matthew MacLaughlin CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@squirelaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 03, 2023 | Form ID: 3180W | Total Noticed: 18 |

MICHAEL JOHN CLARK
    on behalf of Creditor Quicken Loans Inc. mclark@squirelaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor Quicken Loans  LLC mclark@squirelaw.com

ROBERT PATRICK WENDT
    on behalf of Creditor Nissan Motor Acceptance Corporation paeb@fedphe.com
    LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 14

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Matthew MacLaughlin<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–3247<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Rebekah MacLaughlin<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–5666<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   18–16136–mdc | | |

# Order of Discharge                                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Matthew MacLaughlin                              Rebekah MacLaughlin
                                                 fka Rebekah Pronchick

11/2/23                                          **By the court:** Magdeline D. Coleman
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**