United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 18-16136-amc

Matthew MacLaughlin                                                                    Chapter 13

Rebekah MacLaughlin

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Apr 08, 2024                  Form ID: 195                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

**Recip ID**            **Recipient Name and Address**
db/jdb           +  Matthew MacLaughlin, Rebekah MacLaughlin, 213 Hackney Lane, Schwenksville, PA 19473-1864

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:**

**Name**           **Email Address**

CHANDRA M. ARKEMA
       on behalf of Creditor Quicken Loans  LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com

CHANDRA M. ARKEMA
       on behalf of Creditor Quicken Loans Inc. carkema@squirelaw.com  vcosme@squirelaw.com,jberry@squirelaw.com

DENISE ELIZABETH CARLON
       on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

JOSEPH L QUINN
       on behalf of Debtor Matthew MacLaughlin CourtNotices@rqplaw.com

JOSEPH L QUINN
       on behalf of Joint Debtor Rebekah MacLaughlin CourtNotices@rqplaw.com

KENNETH E. WEST
       ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 08, 2024                    Form ID: 195                              Total Noticed: 1

KENNETH E. WEST
        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LORRAINE GAZZARA DOYLE
        on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ldoyle@squirelaw.com,
        cistewart@logs.com;LOGSECF@logs.com

MICHAEL JOHN CLARK
        on behalf of Creditor Quicken Loans Inc. mclark@squirelaw.com

MICHAEL JOHN CLARK
        on behalf of Creditor Quicken Loans  LLC mclark@squirelaw.com

MICHAEL JOHN CLARK
        on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@squirelaw.com

ROBERT PATRICK WENDT
        on behalf of Creditor Nissan Motor Acceptance Corporation paeb@fedphe.com
        LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
        on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com  mortoncraigecf@gmail.com


TOTAL: 14

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Chapter 13

Matthew MacLaughlin and Rebekah MacLaughlin            : Case No. 18−16136−amc
        Debtor(s)

### ORDER
_____

   AND NOW, this day , April 8, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                              By The Court

                              Ashely M. Chan
                              Judge, United States Bankruptcy Court


                                                        100
                                                        Form 195